# COLLECTIVE EXHIBIT A

Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
Virginia Ann Whitener*
gwhitener@milberg.com
**MILBERG COLEMAN BRYSON**
  **PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

Mitchell Breit*
mbreit@milberg.com
**MILBERG COLEMAN BRYSON**
  **PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 1002
Tel: (347) 668-8445

*Pro hac vice forthcoming*

*Attorneys for Plaintiffs
and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>                    Defendant. | Case No. _____<br><br>**CLASS ACTION**<br><br>**VENUE DELCARATION OF DRO ESRAEILI ESTEPANIAN** |

I, DRO ESRAEILI ESTEPANIAN, hereby declare and state as follows:

1. I am over the age of 18. The facts contained in this declaration are based upon my personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. I am, and at all times relevant to this Action have been, a resident of Los Angeles County, California.

3. In or around December 2021 or January 2022, I ordered a Tesla Model 3 Long Range vehicle through the custom order tool on Tesla's website. In or around July 2022, I took delivery of my Tesla vehicle.

4. After receiving my Tesla vehicle, I have noticed while driving the vehicle that I do not receive the electric vehicle range originally advertised.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

DATED: 08/01/2023          By: _____
                                Dro Esraeili Estepanian

1

VENUE DECLARATION OF DRO ESRAEILI ESTEPANIAN

Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
Virginia Ann Whitener*
gwhitener@milberg.com
**MILBERG COLEMAN BRYSON**
  **PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

Mitchell Breit*
mbreit@milberg.com
**MILBERG COLEMAN BRYSON**
  **PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 1002
Tel: (347) 668-8445

*Pro hac vice forthcoming*

*Attorneys for Plaintiffs
and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated, | Case No. _____ |
| Plaintiffs, | **CLASS ACTION** |
| v. | **VENUE DELCARATION OF BRYAN PEREZ** |
| TESLA, INC. d/b/a TESLA MOTORS, INC., | |
| Defendant. | |

I, BRYAN PEREZ, hereby declare and state as follows:

1. I am over the age of 18. The facts contained in this declaration are based upon my personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. I am, and at all times relevant to this Action have been, a resident of Los Angeles County, California.

3. In or around February 2021, I ordered a Tesla Model 3 Long Range vehicle through the custom order tool on Tesla's website. In or around March 2021, I took delivery of my Tesla vehicle.

4. After receiving my Tesla vehicle, I have noticed while driving the vehicle that I do not receive the electric vehicle range originally advertised.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

DATED: 08/01/2023                By: _____
                                     Bryan Perez

Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
Virginia Ann Whitener*
gwhitener@milberg.com
**MILBERG COLEMAN BRYSON**
  **PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

Mitchell Breit*
mbreit@milberg.com
**MILBERG COLEMAN BRYSON**
  **PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 1002
Tel: (347) 668-8445

*\* Pro hac vice forthcoming*

*Attorneys for Plaintiffs
and the Proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No. _____<br><br>**CLASS ACTION**<br><br>**VENUE DELCARATION OF JAMES PORTER** |

I, JAMES PORTER, hereby declare and state as follows:

1. I am over the age of 18. The facts contained in this declaration are based upon my personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. I am, and at all times relevant to this Action have been, a resident of Sonoma County, California.

3. In or around March 2022, I ordered a Tesla Model Y Performance vehicle through the custom order tool on Tesla's website. In or around June 2022, I took delivery of my Tesla vehicle by picking it up from the Tesla dealership in Vallejo, California.

4. After receiving my Tesla vehicle, I have noticed while driving the vehicle that I do not receive the electric vehicle range originally advertised.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

DATED: 08/01/2023                    By: _____JPorter_____
                                          James Porter