## AFFIDAVIT OF SERVICE

| Case: 23-cv-03878-LB | Court: USDC N.D. California | County: , California | Job: 9323178 (MAT-23072796800) |
|---|---|---|---|
| **Plaintiff / Petitioner:** James Porter, et al. | | **Defendant / Respondent:** Tesla, Inc. d/b/a Tesla Motors, Inc. | |
| **Received by:** THE LOS ANGELES COUNTY PROCESS SERVER | | **For:** Milberg Coleman Bryson Phillips Grossman, PLLC | |
| **To be served upon:** CT Corporation System, Registered Agent | | | |

I, William May, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | CT Corporation System, Registered Agent, 330 N. Brand Boulevard Suite 700, Glendale, CA 91203 |
| **Manner of Service:** | Registered Agent, Aug 7, 2023, 12:35 pm PDT |
| **Documents:** | SUMMONS COMPLAINT ETC TO BE SERVED ON DEFENDANT TESLA INC.pdf |

**Additional Comments:**
1) Successful Attempt: Aug 7, 2023, 12:35 pm PDT at 330 N. Brand Boulevard Suite 700, Glendale, CA 91203 received by CT Corporation System, Registered Agent. Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'6"; Hair: Black; Other: TESLA, INC. d/b/a TESLA MOTORS, INC. BY AND THROUGH ITS REGISTERED AGENT C T CORPORATION SYSTEM 330 N. BRAND BOULEVARD, SUITE 700 GLENDALE, CA 91203;
I gave the legal documents to a white male who identified himself as John who is authorized to except legal documents. He excepted the legal documents without any issues.

**Fees:**   $125.00

_/s/ William May_                                                    08/07/2023

William May                                                              Date
2022117541

THE LOS ANGELES COUNTY PROCESS SERVER
23705 Crenshaw Blvd #100
Torrance, CA 90505

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>*Defendant(s)* | Civil Action No. 23-cv-03878-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TESLA, INC. d/b/a TESLA MOTORS, INC.
BY AND THROUGH ITS REGISTERED AGENT
C T CORPORATION SYSTEM
330 N. BRAND BOULEVARD, SUITE 700
GLENDALE, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Milberg Coleman Bryson Phillips Grossman, PLLC
800 S. Gay Street, Suite 1100, Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 08/02/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:
Items served with summons:
Document 1 Class Action Complaint
Document 5 Clerk's Notice Setting Case Management Conference
Document 3 Declination of Magistrate Judge Jurisdiction by Plaintiffs
Document 5 Initial Case Management Scheduling Ordr (See Document 5)
Document 7 Order Reassigning Case
STANDING ORDER FOR ALL JUDGES OF THE N.D. CA Contents of Joint Case Management Statement
STANDING ORDER FOR THE N.D. CA. Standing Order Civil Cases (Judge Rogers)