Alex R. Straus (CA Bar No. 321366)
astraus@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: 866-252-0878
Fax: 310-496-3176

Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
Virginia Ann Whitener*
gwhitener@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

*Pro hac vice forthcoming*

*Attorneys for Plaintiffs
and the Proposed Classes*

Additional Attorneys Listed in Signature Block

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> TESLA, INC. d/b/a TESLA MOTORS, INC., <br><br> Defendant. | Case No. 4:23-cv-03878-YGR <br><br> **NOTICE OF APPEARANCE OF ALEX R. STRAUS** |

1

To:     The clerk of court and all parties of record,

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiffs JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated.

DATED: August 16, 2023

*/s/ Alex R. Straus*
Alex R. Straus (CA Bar No. 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, PH Suite
Beverly Hills, CA 90212
Tel: 866-252-0878
Fax: 310-496-3176
astraus@milberg.com

Adam A. Edwards*
William A. Ladnier (CA Bar No. 330334)
Virginia Ann Whitener*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
aedwards@milberg.com
wladnier@milberg.com
gwhitener@milberg.com

Mitchell Breit*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 10022
Tel: (202) 932-7081
mbreit@milberg.com

*\* Pro hac vice forthcoming*

*Attorneys for Plaintiffs and the Proposed Class*