UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES PORTER, et al.

Plaintiff(s),

v.

TESLA, INC., et al.

Defendant(s).

Case No. __4:23-cv-03878-YGR_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Mitchell M. Breit_____, an active member in good standing of the bar of __New York_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs_____ in the above-entitled action. My local co-counsel in this case is __Alex R. Straus_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __321366_____.

__406 E. 50th Street, New York, NY 10022__
MY ADDRESS OF RECORD

__280 S. Beverly Drive, PH Suite, Beverly Hills, CA 90212__
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

__202-932-7081__
MY TELEPHONE # OF RECORD

__866-252-0878__
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

__mbreit@milberg.com__
MY EMAIL ADDRESS OF RECORD

__astraus@milberg.com__
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __NY 2337954__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/16/2023

Mitchell M. Breit
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mitchell M. Breit is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE