| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>David L. Schrader, Bar No. 149638<br>david.schrader@morganlewis.com<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA  90071-3132<br>Tel:    +1.213.612.2500<br>Fax:   +1.213.612.2501<br><br>Mark A. Feller, Bar No. 319789<br>mark.feller@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br><br>Attorneys for Defendant<br><br>TESLA, INC. | Brian M. Ercole<br>(*pro hac vice forthcoming*)<br>brian.ercole@morganlewis.com<br>Matthew M. Papkin<br>(*pro hac vice forthcoming*)<br>matthew.papkin@morganlewis.com<br>600 Brickell Ave, Suite 1600<br>Miami, FL  33131-3075<br>Tel: +1.305.415.3000<br>Fax: +1.305.415.3001 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>            vs.<br><br>TESLA, INC.,<br><br>                     Defendant. | Case No. 4:23-cv-03878-YGR<br><br>**DEFENDANT TESLA INC.'S NOTICE OF APPEARANCE OF MARK A. FELLER AS COUNSEL OF RECORD**<br><br>Judge:       Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:  August 2, 2023 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT TESLA INC.'S NOTICE OF APPEARANCE
OF MARK A. FELLER

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mark A. Feller of Morgan, Lewis & Bockius, LLP, hereby enters his appearance in the above-captioned action as one of the attorneys of record for Defendant TESLA, INC., and requests that notifications, filing and other activities in this case be served upon the email and address below.

> Mark A. Feller
> MORGAN, LEWIS & BOCKIUS LLP
> One Market
> Spear Street Tower
> San Francisco, CA  94105-1596
> Telephone: +1.415.442.1000
> Email: mark.feller@morganlewis.com

Mr. Feller is admitted to the United States District Court, Northern District of California, and is licensed to practice law in the State of California.

Dated:  August 22, 2023

Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Mark A. Feller*

Attorneys for Defendant,
Tesla, Inc.