MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Brian M. Ercole
(*pro hac vice forthcoming*)
brian.ercole@morganlewis.com
Matthew M. Papkin
(*pro hac vice* forthcoming)
matthew.papkin@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL 33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Attorneys for Defendant

TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 4:23-cv-03878-YGR<br><br>**DEFENDANT TESLA INC.'S NOTICE OF APPEARANCE OF DAVID L. SCHRADER AS COUNSEL OF RECORD**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:  August 2, 2023 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT TESLA INC.'S NOTICE OF APPEARANCE
OF DAVID L. SCHRADER

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that David L. Schrader of Morgan, Lewis & Bockius, LLP, hereby enters his appearance in the above-captioned action as one of the attorneys of record for Defendant TESLA, INC., and requests that notifications, filing and other activities in this case be served upon the email and address below.

> David L. Schrader
> MORGAN, LEWIS & BOCKIUS LLP
> 300 South Grand Avenue
> Twenty-Second Floor
> Los Angeles, CA  90071-3132
> Telephone:    +1.213.612.2500
> Email: david.schrader@morganlewis.com

Mr. Schrader is admitted to the United States District Court, Northern District of California, and is licensed to practice law in the State of California.

Dated:  August 22, 2023

Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By */s/ David L. Schrader*

Attorneys for Defendant,
Tesla, Inc.