1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant

TESLA, INC.

Brian M. Ercole
(*pro hac vice forthcoming*)
brian.ercole@morganlewis.com
Matthew M. Papkin
(*pro hac vice forthcoming*)
matthew.papkin@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 4:23-cv-03878-YGR<br><br>**DEFENDANT TESLA INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:  August 2, 2023 |

1    Pursuant to Civil L.R. 3-15, the undersigned, on behalf of Defendant Tesla, Inc., certifies

2    that as of this date, there is no conflict or interest (other than the named parties) to report.

3

4    Dated: August 22, 2023                    MORGAN, LEWIS & BOCKIUS LLP

5

6                                              By   */s/ David L. Schrader*
                                                   David L. Schrader
7                                                  Brian M. Ercole
                                                   Matthew M. Papkin
8                                                  Mark A. Feller

9                                                  Attorneys for Defendant
                                                   TESLA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT TESLA, INC.'S CERTIFICATION OF CONFLICTS
AND INTERESTED ENTITIES OR PERSONS