MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Brian M. Ercole
(*pro hac vice forthcoming*)
brian.ercole@morganlewis.com
Matthew M. Papkin
(*pro hac vice forthcoming*)
matthew.papkin@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL 33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Attorneys for Defendant

TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 4:23-cv-03878-YGR<br><br>**DEFENDANT TESLA, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: August 2, 2023 |

Defendant Tesla, Inc. ("Tesla") makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1: As a public company, Tesla does not have visibility into all of its stockholders and their ownership percentages.  However, under SEC rules, anyone who beneficially owns more than 5% of Tesla stock must make a filing with the SEC.  Based on such filings, Tesla does not know of any publicly held corporation, and there is no parent corporation, that owns 10% or more of our stock.

Dated: August 22, 2023　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　　　　　　By  */s/ David L. Schrader*
　　　　　　　　　　　　　　　　　　　　　　　David L. Schrader
　　　　　　　　　　　　　　　　　　　　　　　Brian M. Ercole
　　　　　　　　　　　　　　　　　　　　　　　Matthew M. Papkin
　　　　　　　　　　　　　　　　　　　　　　　Mark A. Feller

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　TESLA, INC.