MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Brian M. Ercole
(*pro hac vice motion forthcoming*)
brian.ercole@morganlewis.com
Matthew M. Papkin
(*pro hac vice forthcoming*)
melissa.coates@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL 33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

*Attorneys for Defendant Tesla, Inc.*

Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
Virginia Ann Whitener*
gwhitener@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

Mitchell Breit*
mbreit@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E. 50thStreet
New York, NY 1002
Tel: (347) 668-8445

* *Pro hac vice forthcoming*

*Attorneys for Plaintiffs James Porter, Bryan Perez, and Dro Esraeili Estepanian*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 4:23-cv-03878-YGR<br><br>**STIPULATION TO CHANGE TIME FOR DEFENDANT TESLA, INC. TO RESPOND TO THE CLASS ACTION COMPLAINT**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Compl. Filed:  August 2, 2023 |

Pursuant to N.D. Cal. Civ. L.R. 6-1 and 6-2, and as supported by the Declaration of Mark A. Feller filed herewith, Defendant Tesla, Inc. ("Tesla") and Plaintiffs James Porter, Bryan Perez, and Dro Esraeili Estepanian (collectively "Plaintiffs" and together with Tesla, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on August 2, 2023, Plaintiffs filed this action (Dkt. No. 1);

WHEREAS, on August 7, 2023, Plaintiffs served a copy of the complaint and summons on Tesla (Dkt. No. 9);

WHEREAS, on August 21, 2023, Tesla filed an Administrative Motion to Consider Whether Cases Should Be Related (Dkt. No. 21) seeking to have two cases – *Alejandro Corona and Cabanillas & Associates, P.C. v. Tesla, Inc.*, Northern District of California, Case No. 3:23-cv-03902-VKD) and *Samuel Van Diest and Sergy Khalikululov, et al.*, Northern District of California, Case No. 4:23-cv-04098 – related and reassigned to this Court;

WHEREAS, considering the pending nature of Tesla's Administrative Motion to Relate Cases, the number of claims and potential plaintiffs, and the importance of having fulsome briefing of any pre-answer motions, Tesla's counsel requested, and Plaintiffs' counsel agreed to, a 46-day extension of time for Tesla to respond to the Complaint to October 13, 2023;

THEREFORE, the Parties have met and conferred and, through their respective counsel, have stipulated that Tesla's deadline to respond to Plaintiffs' Complaint is extended up to and including **October 13, 2023**.

1. Tesla shall respond to Plaintiffs' Complaint on or before October 13, 2023;

IT IS SO STIPULATED AND AGREED.

Dated: August 23, 2023

By */s/ Mark A. Feller*
MORGAN, LEWIS & BOCKIUS, LLP
Mark A. Feller
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000

*Attorneys for Defendant Tesla, Inc.*

Dated: August 23, 2023

By  */s/ William A. Ladnier*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080

*Attorneys for Plaintiffs James Porter, Bryan Perez, and Dro Esraeili Estepanian*

### SIGNATURE ATTESTATION

I hereby attest that, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 23, 2023                              */s/ Mark A. Feller*

Mark A. Feller

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

2
STIPULATION TO CHANGE TIME FOR DEFENDANT TESLA, INC.
TO RESPOND TO THE CLASS ACTION COMPLAINT