UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TESLA, INC.,<br><br>　　　　　　Defendant. | Case No. 4:23-cv-03878-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CHANGE TIME FOR DEFENDANT TESLA, INC. TO RESPOND TO THE CLASS ACTION COMPLAINT**<br><br>Judge:　　　Hon. Yvonne Gonzalez Rogers<br><br>Compl. Filed: August 2, 2023 |

The Court having considered the Parties' Stipulated Request For Order Changing Time For Defendant To Respond To the Class Action Complaint, and finding good cause, **HEREBY ORDERS**:

1. Tesla shall respond to Plaintiffs' Complaint on or before October 13, 2023.

**IT IS SO ORDERED**.

DATED: August ___, 2023

_____
HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE