MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Brian M. Ercole
(*pro hac vice forthcoming*)
brian.ercole@morganlewis.com
Matthew M. Papkin
(*pro hac vice forthcoming*)
matthew.papkin@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL 33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant | Case No. 4:23-cv-03878-YGR<br><br>**DEFENDANT TESLA, INC'S PROOF OF SERVICE RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>Compl. Filed:  August 2, 2023<br><br>[Related cases:<br><br>*Alejandro Corona and Cabanillas & Associates, P.C. v. Tesla, Inc.*, Northern District of California, Case No. 3:23-cv-03902-VKD<br><br>and<br><br>*Samuel Van Diest and Sergy Khalikululov, on behalf of themselves and all others similarly situated*, Northern District of California, Case No. 4:23-cv-04098] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT TESLA, INC.'S PROOF OF SERVICE RE: ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12

Pursuant to Local Civil Rule 3-12, this constitutes certificate of service of Tesla's Administrative Motion To Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12. On August 22, 2023, the undersigned counsel served a copy of Tesla's Administrative Motion To Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 via electronic mail to the following individuals:

| | |
|---|---|
| David R. Markham (SBN 071814)<br>dmarkham@markham-law.com<br>Maggie Realin (SBN 263639)<br>mrealin@markham-law.com<br>Lisa Brevard (SBN 323391)<br>lbrevard@markham-law.com<br>The Markham Law Firm<br>888 Prospect Street, Suite 200<br>La Jolla, CA 92037 | Catherine E. Anderson, Esq.<br>GISKAN SOLOTAROFF & ANDERSON LLP<br>90 Broad Street, 2nd Floor<br>New York, NY 10004<br>canderson@gslawny.com<br><br>Roosevelt N. Nesmith, Esq.<br>LAW OFFICE OF ROOSEVELT N. NESMITH LLC<br>363 Bloomfield Avenue, Suite 2C<br>Montclair, New Jersey 07042<br>roosevelt@nesmithlaw.com |
| Sophia Goren Gold (Cal. Bar No. 307971)<br>KALIELGOLD PLLC<br>950 Gilman Street, Suite 200<br>Berkeley, CA 94710<br>sgold@kalielgold.com<br><br>Jeffrey D. Kaliel (Cal. Bar No. 238293)<br>KALIELGOLD PLLC<br>1100 15th Street NW, 4th Floor<br>Washington, DC 20005<br>jkaliel@kalielpllc.com | Francisco Guerra IV<br>Jennifer A. Neal<br>WATTS GUERRA LLP<br>875 East Ashby Place, Suite 1200<br>San Antonio, TX 78212<br>fguerra@wattsguerra.com<br>jneal@wattsguerra.com |

Dated: August 22, 2023         MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Mark A. Feller
　　Mark A. Feller

*Attorneys for Defendant Tesla, Inc.*

1

DEFENDANT TESLA, INC.'S PROOF OF SERVICE RE: ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12