UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES PORTER, et al.

Plaintiff(s),

v.

TESLA, INC., et al.

Defendant(s).

Case No. 4:23-cv-03878-YGR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, __Mitchell M. Breit__, an active member in good standing of the bar of __New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Alex R. Straus__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __321366__.

406 E. 50th Street, New York, NY 10022
MY ADDRESS OF RECORD

202-932-7081
MY TELEPHONE # OF RECORD

mbreit@milberg.com
MY EMAIL ADDRESS OF RECORD

280 S. Beverly Drive, PH Suite, Beverly Hills, CA 90212
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

866-252-0878
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

astraus@milberg.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __NY 2337954__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/16/2023

Mitchell M. Breit
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mitchell M. Breit is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 24, 2023

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE