UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES PORTER, et al.,

Plaintiff(s),

v.

TESLA, INC., et al.,

Defendant(s).

Case No. __4:23-cv-03878-YGR__

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, __Virginia A. Whitener__, an active member in good standing of the bar of __Tennessee__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Alex R. Straus__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __321366__.

| | |
|---|---|
| 800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929<br>MY ADDRESS OF RECORD | 280 S. Beverly Drive, PH Suite<br>Beverly Hills, CA 90212<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 865-247-0080<br>MY TELEPHONE # OF RECORD | 866-252-0878<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| gwhitener@milberg.com<br>MY EMAIL ADDRESS OF RECORD | astraus@milberg.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __TN 038528__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/16/2023

Virginia A. Whitener
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Virginia A. Whitener is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 24, 2023

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE