1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TESLA, INC., <br><br> Defendant. | Case No. 4:23-cv-03878-YGR <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CHANGE TIME FOR DEFENDANT TESLA, INC. TO RESPOND TO THE CLASS ACTION COMPLAINT** <br><br> Judge:  Hon. Yvonne Gonzalez Rogers <br> Compl. Filed:  August 2, 2023 |
|---|---|

The Court having considered the Parties' Stipulated Request For Order Changing Time For Defendant To Respond To the Class Action Complaint, and finding good cause, **HEREBY ORDERS**:

1. Tesla shall respond to Plaintiffs' Complaint on or before October 13, 2023.

**IT IS SO ORDERED**.

DATED: August 25, 2023

_____
HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CHANGE TIME FOR DEFENDANT TESLA, INC. TO RESPOND TO THE CLASS ACTION COMPLAINT