Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
Virginia Ann Whitener*
gwhitener@milberg.com
**MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

\* Admitted pro hac vice

*Attorneys for Plaintiffs
and the Proposed Classes*

*Additional attorneys listed in signature block.*

MORGAN, LEWIS & BOCKIUS, LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000
Attorneys for Defendant Tesla, Inc.

Brian M. Ercole
(admitted *pro hac vice*)
brian.ercole@morganlewis.com
Matthew M. Papkin
(*pro hac vice* motion forthcoming)
matthew.papkin@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

*Attorneys for Defendant Tesla Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>Defendant. | Case No. 4:23-CV-03878-YGR<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2, Plaintiffs James Porter, Bryan Perez, and Dro Esraeli Estepanian ("Plaintiffs"), together with Defendant Tesla, Inc. d/b/a Tesla Motors, Inc. ("Tesla"), by and through their respective counsel of record, jointly stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on August 2, 2023, ECF No. 1;

WHEREAS, the Parties jointly stipulated to extend the time for Tesla to respond to the Complaint, and the Court granted that stipulation to extend the time for Tesla to respond to the Complaint to October 13, 2023, ECF Nos. 22, 28;

WHEREAS, the Court has set the Initial Case Management Conference in this Action on November 6, 2023, and the Parties' Joint Case Management Statement due on October 30, 2023, ECF No. 8;

WHEREAS, the Court has determined that other actions, *Corona, et al. v. Tesla, Inc.*, No. 4:23-cv-03902, and *Van Diest v. Tesla, Inc. dba Tesla Motors, Inc.*, No. 4:23-cv-04098, are related to this Action, ECF No. 27;

WHEREAS, Plaintiffs and Tesla, along with the parties in the related actions, met and conferred on October 9, 2023, regarding upcoming deadlines;

WHEREAS, Plaintiffs in this Action have indicated that they intend to amend their Complaint;

WHEREAS, Tesla has indicated it intends to move to dismiss the complaints in each of the related actions and to move to compel arbitration in, at least, this Action and the *Van Diest* action;

WHEREAS, the Parties anticipate that briefing on Tesla's motions to dismiss and/or compel arbitration in the related actions will involve overlapping legal issues and arguments;

WHEREAS, judicial economy and the interests of the parties would be served by extending Tesla's time to respond to the operative complaints, such that Tesla's time to respond is consistent in each of the related actions, and by setting the case management conference after the completion of such briefing;

///

///

///

1    THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

2    Plaintiffs' time to amend their operative complaint in this Action will be extended to
3    October 23, 2023;

4    Tesla's time to respond to the operative complaint in this Action will be extended to
5    November 22, 2023.

6    The Initial Case Management Conference is rescheduled from November 6, 2023, to
7    January 22, 2024, or another available date at the Court's convenience following the completion of
8    briefing on Tesla's anticipated motions to dismiss and/or compel arbitration. Accordingly, the
9    parties' rule 26(f) report, CMC statement, and initial disclosures (or objections thereto) are due on
10   January 15, 2024.

12   DATED:  October 12, 2023

| /s/ *William A. Ladnier* | /s/ *David L. Schrader* |
|---|---|
| Adam A. Edwards* | MORGAN, LEWIS & BOCKIUS, LLP |
| aedwards@milberg.com | David L. Schrader, Bar No. 149638 |
| William A. Ladnier (CA Bar No. 330334) | david.schrader@morganlewis.com |
| wladnier@milberg.com | 300 South Grand Avenue |
| Virginia Ann Whitener* | Twenty-Second Floor |
| gwhitener@milberg.com | Los Angeles, CA  90071-3132 |
| **MILBERG COLEMAN BRYSON** | Tel: +1.213.612.2500 |
| **PHILLIPS GROSSMAN, PLLC** | Fax: +1.213.612.2501 |
| 800 S. Gay Street, Suite 1100 | |
| Knoxville, TN 37929 | Mark A. Feller, Bar No. 319789 |
| Tel: (865) 247-0080 | mark.feller@morganlewis.com |
| Fax: (865) 522-0049 | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| Alex R. Straus (CA Bar No. 321366) | Phone: (415) 442-1000 |
| astraus@milberg.com | Attorneys for Defendant Tesla, Inc. |
| **MILBERG COLEMAN BRYSON** | |
| **PHILLIPS GROSSMAN, PLLC** | Brian M. Ercole |
| 280 S. Beverly Drive, PH Suite | (admitted *pro hac vice*) |
| Beverly Hills, CA 90212 | brian.ercole@morganlewis.com |
| Tel: (866) 252-0878 | Matthew M. Papkin |
| Fax: (310) 496-3176 | (*pro hac vice* motion forthcoming) |
| | matthew.papkin@morganlewis.com |
| | 600 Brickell Ave, Suite 1600 |
| | Miami, FL  33131-3075 |
| | Tel: +1.305.415.3000 |
| | Fax: +1.305.415.3001 |
| | |
| | *Attorneys for Defendant Tesla Inc.* |

1  Mitchell Breit*
   mbreit@milberg.com
2  **MILBERG COLEMAN BRYSON**
3    **PHILLIPS GROSSMAN, PLLC**
   405 E. 50th Street
4  New York, NY 1002
   Tel: (347) 668-8445
5
   * *Admitted pro hac vice*
6
   *Attorneys for Plaintiffs*
7  *and the Proposed Classes*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO THE STIPULATION,

1. Plaintiffs' time to file an Amended Complaint is extended to October 23, 2023.

2. Defendant Tesla Inc.'s time to respond to the operative complaint is extended to November 22, 2023.

3. The Initial Case Management Conference is rescheduled from November 6, 2023, to January 22, 2024. The parties' rule 26(f) report, CMC statement, and initial disclosures (or objections thereto) are due on January 15, 2024.

IT IS SO ORDERED.

Dated: _____                        _____
                                              Honorable Yvonne Gonzalez Rogers
                                              United States District Court Judge