UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, DRO ESRAEILI ESTEPANIAN, DENNIS ROMANEZ, ARTEM KUPRIIETS, NEIL KREUZER, WAFAY NADIR, AND KENNETH BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA, INC.,<br><br>Defendant | Case No. 4:23-cv-03878-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>Complaint Filed:   August 2, 2023<br><br>[Related case: *Irena Zaks and Gary Zaks v. Tesla, Inc.*, Northern District of California, Case No. 3:23-cv-05556-AGT] |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12

The Court having considered Tesla's Unopposed Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Local Rule 3-12 (the "Motion"), the pleadings, and other papers on file in this action, the Court finds that:

1. The matter, *Irena Zaks and Gary Zaks v. Tesla, Inc.*, Northern District of California, Case No. 3:23-cv-05556-AGT is related to this Action pursuant to Local Rule 3-12.

**THEREFORE, IT IS ORDERED THAT** the Motion is **GRANTED** and the *Zaks* Action is deemed related under Local Rule 3-12. The Clerk of the Court shall reassign this Action to this Court and notify the parties and attorneys of record in the *Zaks* Action.

**IT IS SO ORDERED**.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

1
[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12