# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: November 6, 2023 | Time: 31 Minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 23-cv-03878-YGR<br>23-cv-03902-YGR<br>23-cv-04098-YGR<br>23-cv-5556-AGT | Case Name:  Porter et al v. Tesla, Inc.<br>Corona et al v. Tesla, Inc.<br>Van Diest et al v. Tesla, Inc.<br>Zaks et al v. Tesla, Inc. | |

**Attorney for Plaintiff:** Ethan Jacobs, via Zoom
**Attorney for Defendant:**  James Hawk, via Zoom

**Deputy Clerk:** Edwin Cuenco          **Court Reporter:** Rhonda Aquilina, via Zoom

**PROCEEDINGS:** Initial Case Management Conference - **HELD**

The Court deems 23-cv-05556-AGT, *Zaks, et al v. Tesla, Inc.* related to 23-cv-03878-YGR, *Porter, et al. v. Tesla*.

Re: 23-cv-3878, *Porter*, and 23-cv-4098, *Van Diest, et al. v. Tesla, Inc.*; the Court sets the following briefing schedule:

Defendant's Consolidated Motion to Compel Arbitration: November 22, 2023. Tesla's request for five extra pages on the briefing is granted. Motion may be up to 30 pages.
Individual Oppositions: December 18, 2023
Consolidated Reply: January 8, 2024. Tesla's request for extra ten pages on the briefing is granted. Reply may be up to 25 pages.

Re: 23-cv-3902, *Corona, et al. v. Tesla* and 23-cv-5556, *Zaks, et al. v. Tesla*; The Court sets the following briefing schedule:

Consolidated Motion to Dismiss: November 22, 2023
Individual Oppositions: December 14, 2023
Amicus briefs from *Porter* and *Van Diest* plaintiffs: December 20, 2023. Amicus briefs should be no more than five pages.
Consolidated Reply: January 16, 2024