# APPENDIX A

**TESLA'S APPENDIX A IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION**

| NAME OF PLAINTIFF | VEHICLE | PLACE OF RESIDENCE AND DELIVERY | ORDER AGREEMENT (Y/N) | ORDER AGREEMENT DATE | SALE AGREEMENT (Y/N) | SALE AGREEMENT DATE |
|---|---|---|---|---|---|---|
| James Porter | 2022 Model Y | California | Y | March 6, 2022 | Y | June 18, 2022 |
| Dro Israeili Estepanian | 2022 Model 3 | California | Y | March 18, 2022 | Y | June 29, 2022 |
| Bryan Perez | 2022 Model 3 | California | Y | Jan. 22, 2022 | N | - |
| Artem Kupriiets | 2023 Model Y | Illinois | Y | Feb. 11, 2023 | Y | March 28, 2023 |
| Neil Kruezer | 2022 Model 3 | Massachusetts | Y | Dec. 3, 2021 | N | - |
| | 2022 Model 3 | Massachusetts | Y | March 20, 2022 | N | - |
| | 2022 Model 3 | Massachusetts | Y | April 8, 2022 | Y | June 25, 2022 |
| Wafay Nadir | 2021 Model Y | New York | Y | April 9, 2021 | Y | May 7, 2021 |
| Dennis Romanez | 2021 Model Y | Florida | Y | Dec. 9, 2020 | N | - |
| Kenneth Brown | 2023 Model 3 | Washington | Y | May 5, 2023 | N | - |
| Samuel Van Diest | 2021 Model 3 | California | Y | May 21, 2021 | Y | June 28, 2021 |
| Sergey Khalikulov | 2020 Model 3 | California | Y | Dec. 14, 2022 | Y | Dec. 23, 2022 |