MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Mark A. Feller, Bar No. 319789
mark.feller@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Brian M. Ercole
(admitted *pro hac vice*)
brian.ercole@morganlewis.com
Matthew M. Papkin
(admitted *pro hac vice*)
matthew.papkin@morganlewis.com
600 Brickell Ave, Suite 1600
Miami, FL  33131-3075
Tel: +1.305.415.3000
Fax: +1.305.415.3001

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, DENNIS ROMANEZ, ARTEM KUPRIIETS, NEIL KREUZER, WAFAY NADIR, and KENNETH BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant.<br><br>**AND RELATED CASE**<br><br>SAMUEL VAN DIEST and SERGEY KHALIKULOV, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS,<br><br>Defendant. | Case No. 4:23-cv-03878-YGR<br><br>AND<br><br>Case No. 4:23-cv-03902-YGR<br><br>**DECLARATION OF MINU SINHA IN SUPPORT OF DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CLASS ACTION COMPLAINTS**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Ctrm:     1, 4th Flr – Oakland Courthouse |

# DECLARATION OF MINU SINHA

I, Minu Sinha, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am over eighteen years of age. I am aware of the following based on my own personal knowledge and my review of relevant documents.

2. I am a Senior Manager of Software Engineering at Tesla, Inc. ("Tesla"), where I have been employed for more than seven years. My job responsibilities consist of software development and implementation, including with respect to Tesla's website. Except as otherwise noted, I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

3. Tesla designs, manufactures, sells, and services a suite of high-performance, all-electric vehicles, including Tesla's Model Y and Model 3 vehicles. Tesla customers who want to buy or lease a new or used vehicle from Tesla can start that process by placing an order online through either the desktop or mobile version of Tesla's website. Regardless of how a customer accesses the online ordering process, the Order Payment screen is displayed to complete the order.

4. The Order Payment screen includes a button labeled "Place Order" (which at times in the past was labeled "Order") that customers must click to complete the purchase. For Model Y and Model 3 orders placed since 2019, the "Order"/"Place Order" button has always been accompanied by language stating, "By placing this order, I agree to the Model [Y or 3] Order Agreement, Terms of Use, and Privacy Notice," or some slight variation of this language. At all relevant times, the text "Model [Y or 3] Order Agreement" has been a direct hyperlink to an online copy of the referenced agreement, as indicated by bolded, colored and/or underlined text, which gave customers the opportunity to review the agreement before clicking the "Order"/"Place Order" button. This is true whether a customer placed their online order via mobile or desktop.

5. Tesla maintains, as part of its business, certain historical website information, including certain screenshots and linked documents associated with the Order Payment screen at different points of time.

6. I reviewed the Order Agreements between Tesla and James Porter ("Porter"), Bryan Perez ("Perez"), Dro Esraeili Estepanian ("Estepanian"), Dennis Romanez ("Romanez"), Artem Kupriiets ("Kupriiets"), Neil Kreuzer ("Kreuzer"), Wafay Nadir ("Nadir"), Kenneth Brown ("Brown") Samuel Van Diest ("Van Diest"), and Sergey Khalikulov ("Khalikulov") (collectively, "Plaintiffs") to confirm their order placement dates as set forth below.

7. I further obtained from Tesla's internal records examples of the Order Payment screens for both the mobile and desktop version of Tesla's website that were in use at the time that Plaintiffs placed their orders. While Tesla's records do not specify whether an online order was placed through the mobile or desktop version of Tesla's website, placing an online order at all relevant times, including when Plaintiffs did so, necessarily required them to click on either the desktop or mobile version of the Order Payment screens referenced below. In addition, the text displayed in the desktop version was and continues to be substantially identical to the mobile version; the two versions differ only slightly in the format.

8. An example of Tesla's Order Payment screen for desktop users placing an order for the Tesla Model Y vehicle is attached hereto as **Exhibit 1**. This screenshot is substantially identical to what Porter would have seen when placing his order on March 6, 2022; what Romanez would have seen when placing his order on December 9, 2020; what Kupriiets would have seen when placing his order on Feb. 11, 2023; and what Nadir would have seen when placing his order on April 9, 2021.

9. An example of Tesla's Order Payment screen for desktop users placing an order for the Tesla Model 3 vehicle is attached as **Exhibit 2**. This screenshot is substantially identical to what Perez would have seen when placing his order on January 22, 2022; what Estepanian would have seen when placing his order on March 18, 2022; would Kreuzer would have seen when placing his orders on December 3, 2021, March 20, 2022, April 8, 2022; what Brown would have seen when placing his order on May 5, 2023; what Van Diest would have seen when placing his order on May 5, 2021; and what Khalikulov would have seen when placing his order on December 14, 2022

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd
2  day of November 2023, in Fremont, California.

　　　　　　　　　　　　　　　*Minu Sinha*
　　　　　　　　　　　　　　　minu sinha (Nov 22, 2023 09:25 PST)
　　　　　　　　　　　　　　　Minu Sinha

# EXHIBIT 1



TESLA

Name on Card

Card Number

Expiration Month
01

Expiration Year
2021

CVV

Billing Zip Code

Due Today                     $250
Non-refundable Order Fee

By placing this order, I agree to the Model Y Order Agreement, Terms of Use, and Privacy Notice.

PLACE ORDER

US

$63,990 Purchase price    |    $58,940 After potential savings

# EXHIBIT 2

