UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, and DRO ESRAEILI ESTEPANIAN, DENNIS ROMANEZ, ARTEM KUPRIIETS, NEIL KREUZER, WAFAY NADIR, and KENNETH BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant.<br><br>**AND RELATED CASE**<br><br>SAMUEL VAN DIEST and SERGEY KHALIKULOV, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. dba TESLA MOTORS,<br><br>Defendant. | Case No. 4:23-cv-03878-YGR<br><br>AND<br><br>Case No. 4:23-cv-04098-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CLASS ACTION COMPLAINTS**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br>Ctrm:    1, 4th Flr – Oakland Courthouse |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' CLAIMS ON AN INDIVIDUAL BASIS AND TO DISMISS ACTION

Defendant Tesla, Inc.'s ("Defendant") Motion To Compel Arbitration Of Plaintiffs' Claims On An Individual Basis (the "Motion") came on regularly for hearing in the above-referenced Court. Having considered the papers submitted in support of and in opposition to the Motion, as well as admissible evidence and counsel's arguments in connection therewith, the Court hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. Plaintiffs James Porter, Dro Israeili Estepanian, Bryan Perez, Dennis Romanez, Artem Kupriiets, Neil Kruezer, Wafay Nadir, Kenneth Brown, Samuel Van Diest, and Sergey Khalikulov are hereby compelled to arbitrate their claims against Defendant on an individual, non-class basis.

**IT IS FURTHER ORDERED** that these actions (*James Porter et al. v. Tesla, Inc.*, Case No. 4:23-cv-03878-YGR and *Samuel Van Diest et al v. Tesla, Inc.*, 4:23-cv-04098-YGR) are **DISMISSED** without prejudice.

DATED: _____

YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING DEFENDANT TESLA INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' CLAIMS ON AN INDIVIDUAL BASIS AND TO DISMISS ACTION