**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, DRO ESRAEILI ESTEPANIAN, DENNIS ROMANEZ, ARTEM KUPRIIETS, NEIL KREUZER, WAFAY NADIR, and KENNETH BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC.,<br><br>Defendant. | Case No. 4:23-cv-03878-YGR<br><br>**[PROPOSED] ORDER DENYING DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' CLAIMS ON AN INDIVIDUAL BASIS**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: January 30, 2024, at 2:00 p.m.<br>Oakland Federal District Courthouse<br>Courtroom 1, Fourth Floor<br>1301 Clay Street<br>Oakland, CA 94612 |

Defendant Tesla, Inc.'s ("Defendant") Motion to Compel Arbitration of Plaintiffs' Claims On an Individual Basis (the "Motion") came on regularly for hearing in the above-referenced matter. Having considered the papers submitted in support of and in opposition to the Motion, as well as admissible evidence and counsel's arguments in connection therewith, the Court hereby orders as follows:

Because the Defendant's Order Agreements, which Plaintiffs signed, do not permit Plaintiffs to seek public injunctive relief under California law through arbitration, the Arbitration Provisions at issue are invalid.

**IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

DATED: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Denying Defendant Tesla, Inc.'s Motion to Compel Arbitration of Plaintiffs' Claims On an Individual Basis
Case No. 4:23-cv-03878-YGR