# TESLA'S APPENDIX A: REASONS WHY MCGILL RULE DOES NOT PREVENT ARBITRATION

| NAME OF PLAINTIFF | VEHICLE | PLACE OF RESIDENCE AND DELIVERY | ORDER AGREEMENT DATE | DOES CA LAW (AND MCGILL RULE) EVEN APPLY | DOES AGREEMENT DELEGATE ISSUE TO ARBITRATOR | DOES COMPLAINT MENTION PUBLIC INJUNCTIVE RELIEF | DOES ARBITRATION CLAUSE BAR PUBLIC INJUNCTIVE RELIEF |
|---|---|---|---|---|---|---|---|
| James Porter | 2022 Model Y | California | March 6, 2022 | Yes | Yes | No | No |
| Dro Israeili Estepanian | 2022 Model 3 | California | March 18, 2022 | Yes | Yes | No | No |
| Bryan Perez | 2022 Model 3 | California | Jan. 22, 2022 | Yes | Yes | No | No |
| Artem Kupriiets | 2023 Model Y | Illinois | Feb. 11, 2023 | No | No | No | No |
| Neil Kruezer | 2022 Model 3 | Massachusetts | Dec. 3, 2021 | No | Yes | No | No |
| Neil Kruezer | 2022 Model 3 | Massachusetts | March 20, 2022 | No | Yes | No | No |
| Neil Kruezer | 2022 Model 3 | Massachusetts | April 8, 2022 | No | Yes | No | No |
| Wafay Nadir | 2021 Model Y | New York | April 9, 2021 | No | Yes | No | No |
| Dennis Romanez | 2021 Model Y | Florida | Dec. 9, 2020 | No | Yes | No | No |
| Kenneth Brown | 2023 Model 3 | Washington | May 5, 2023 | No | No | No | No |
| Samuel Van Diest | 2021 Model 3 | California | May 21, 2021 | Yes | Yes | Yes | No |
| Sergey Khalikulov | 2020 Model 3 | California | Dec. 14, 2022 | Yes | No | Yes | No |