UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　　　Defendant.<br>**AND RELATED CASES:**<br><br>ALEJANDRO CORONA, et al. v. TESLA, INC.<br>Case No. 4:23-cv-3902-YGR<br><br>SAMUEL VAN DIEST, et al. v. TESLA, INC.<br>Case No. 4:23-cv-4098-YGR | Case No. 4:23-cv-03878-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE THE MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS HEARING DATE**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br><br>Current Hearing Date:    January 30, 2024<br><br>Proposed Hearing Date:  February 13, 2024 |

Having considered the Parties' Stipulation To Continue The Motion To Compel Arbitration And Motion To Dismiss Hearing Date, and for good cause shown, the Court hereby **GRANTS** the Stipulation and orders as follows:

1. The Hearing Date for Tesla's Motion To Compel Arbitration (Dkt. No. 43 in the *Porter* Action and Dkt. No. 30 in the *Van Diest* Action) And Tesla's Motion To Dismiss (Dkt. No. 26 in the *Corona* Action) currently set for January 30, 2024 is continued to **February 13, 2024 at 2:00 p.m**.

   **IT IS SO ORDERED**.

DATED:  January 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE