# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORTER, BRYAN PEREZ, DRO ESRAEILI ESTEPANIAN, DENNIS ROMANEZ, ARTEM KUPRIIETS, NEIL KREUZER, WAFAY NADIR, AND KENNETH BROWN, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>TESLA, INC.,<br><br>           Defendant | Case No. 4:23-cv-03878-YGR<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**<br><br>Compl. Filed:    August 2, 2023<br><br>[Related case: *Alejandro Corona et al. v. Tesla, Inc.*, Northern District of California, Case No. 4:24-cv-00926-DMR] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[~~PROPOSED~~] ORDER GRANTING DEFENDANT TESLA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12

The Court having considered Tesla's Unopposed Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Local Rule 3-12 (the "Motion"), the pleadings, and other papers on file in this action, the Court finds that:

1. The matter, *Alejandro Corona et al. v. Tesla, Inc.*, Northern District of California, Case No. 4:24-cv-00926-DMR (*Corona II*) is related to this Action pursuant to Local Rule 3-12.

**THEREFORE, IT IS ORDERED THAT** the Motion is **GRANTED** and the *Corona II* Action is deemed related under Local Rule 3-12. The Clerk of the Court shall reassign this Action to this Court and notify the parties and attorneys of record in the *Corona II* Action.

**IT IS SO ORDERED**.

DATED:  February 13, 2024

HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12