# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 13, 2024  **Time:** 1:58 p.m. to 3:12 p.m.  **Judge:** YVONNE GONZALEZ ROGERS
1 hour 14 minutes

**Case No.:** 23-cv-03878-YGR  **Case Name:** Porter et al v. Tesla, Inc.
23-cv-04098-YGR   Van Diest et al v. Tesla, Inc. dba Tesla Motors

**Attorney for Plaintiff:** William Ladier (Porter et al)
Sophia Gold and Michael Montaño (Van Diest et al)
**Attorney for Defendant:** David Schrader and Mark Feller

**Deputy Clerk:** Edwin Angelo A. Cuenco    **Reported by:** Raynee Mercado; via Zoom

## PROCEEDINGS

Motion to Compel - HELD.

Matters pertaining to the motion are argued and submitted.

Written order to issue.